**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 16 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Brenda Sophia Hobson
_____
(Print your full name)

Plaintiff *pro se*,

v.

Delta Airlines
_____

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:23-CV-2195

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

    X _____ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____      Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

X      Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

X      Other (describe)    Fair Labor Standards Act 29 U.S.C. Sec.207(a)

For failure to pay overtime wages.

2.      This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.  Plaintiff.  Print your full name and mailing address below:

Name        Brenda Hobson

Address     7778 Mc Ginnis Ferry Rd #258

            Suwannee GA 30024

4.  Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

Name        Delta Airlines

Address     700 South Central Av Hapeville GA 30354


Name        Delta Airlines

Address     601 Iron Dr Hibbing MN 55719


Name        Delta Airlines

Address     1030 Delta BLVD Atlanta GA 30320


## Location and Time

5.  If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

6.    When did the alleged discrimination occur? (State date or time period)

August 2018 to the present May 2023

2018/2019/2020/2021/2022/2023

## Administrative Procedures

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    X    Yes    _____ No

If you checked "Yes," attach a copy of the charge to this complaint.

8.    Have you received a Notice of Right-to-Sue letter from the EEOC?

X    Yes    _____ No

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 2/16/2023

9.    If you are suing for **age discrimination**, check one of the following:

_____    60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

_____    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

Page 4 of 9

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes        _____ No        _X_ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes        _____ No        _X_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12.   The conduct complained about in this lawsuit involves (check only those that apply):

|   | |
|---|---|
| _____ | failure to hire me |
| X | failure to promote me |
| _____ | demotion |
| _____ | reduction in my wages |
| X | working under terms and conditions of employment that differed from similarly situated employees |
| _____ | harassment |
| X | retaliation |
| _____ | termination of my employment |
| X | failure to accommodate my disability |
| _____ | other (please specify) _____ |

13.   I believe that I was discriminated against because of (check only those that apply):

| | |
|---|---|
| X | my race or color, which is ___African American___ |
| X | my religion, which is ___Seventh Day Adventist___ |
| _____ | my sex (gender), which is _____ male _____ female |
| X | my national origin, which is _ST. CROIX USVI_ |
| _____ | my age (my date of birth is _____) |
| X | my disability or perceived disability, which is: |

   ___Post traumatic stress disorder, severe anxiety, depression___

| | |
|---|---|
| _____ | my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation |
| X | other (please specify) ___Spine Injury, Neck and back injury___ |

14.  Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Plantiff Brenda Hobson, alleges that Delta Airlines management allowed Minnesota employees to engaged in racially offensive acts during the worday in the main workroom. Causing plaintiff to feel traumatized, anxious and in constant fear for her safety. Upon reporting said events and her reactions to said events, management did not address the situation and racist acts continued unabated. Upon moving to the Atlanta work place plaintiff continued to suffer from anxiety and substained medical injuries. Plaintiff then requested from Delta Airlines work place accommodations under the American with Disabilities Act. Plaintiff did not receive the requested accommodations from Delta Airlines. Plaintiff again requested accommodations under the American with Disabilities Act, which was denied again by Defendant. Plaintiff sustained psychiatric injuries after defendant refused to grant work place accommodations under the ADA. Defendant then altered the role and responsibilities of plaintiff's employment, there by affecting her previously successful job performance. Plaintiff filed a complaint with the EEOC. Shortly thereafter, defendant further altered plaintiff's employment roles and responsibilities making said alterations equivalent to a demotion.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15.  Plaintiff    X     still works for defendant(s)
                  _____ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?    X   Yes    _____ No

     If you checked "Yes," please explain: Plaintiff request reasonable

     accommodations to work from home due to traumatic anxiety. Plaintiff

     also requested special desk and chair to accommodate physical

     Injuries per doctor's orders. Defendant denied each of plaintiff ADA requests.

     _____

17.  If your case goes to trial, it will be heard by a judge unless you elect a jury trial.  Do you request a jury trial?    X   Yes  _____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

X     Defendant(s) be directed to ___ Honor ADA acomodations requests.

     _____

X     Money damages (list amounts) Ten Million dollars.

     _____

X     Costs and fees involved in litigating this case

X     Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __16__ day of ___May___, 20_23_

(Signature of plaintiff *pro se*)

Brenda Hobson
(Printed name of plaintiff *pro se*)

7778 Mc Ginnis Ferry Rd #258
(street address)

Suwannee GA 30024
(City, State, and zip code)

brendahobson2871@gmail.com
(email address)

240-505-2660
(telephone number)

Page 9 of 9

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/16/2023

**To:** Brenda Hobson
9203 Walden Brook Drive
LITHONIA, GA 30038
Charge No: 410-2022-08582

EEOC Representative and email:    LUCY CAMPA
Sr. Federal Investigator
Lucy.Campa@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-08582.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
02/16/2023
Darrell Graham
District Director

Cc:
Erin H Harris
Delta Air Lines, Inc.
1030 Delta Blvd. Dept. 981
Atlanta, GA 30354

Kathleen Mones
Mones Law Group, P.C.
750 HAMMOND DR BLDG 12
Sandy Springs, GA 30328

Please retain this notice for your records.